# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
     Appellant,

vs.

CASSANDRA MICHELLE MCELVAIN,
     Respondent.

No. 73169

**FILED**

SEP 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion to suppress evidence. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she understands the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

           _Douglas_ , J.
           Douglas

_Gibbons_ , J.
Gibbons

           _Pickering_ , J.
           Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-32132

cc: Hon. James E. Wilson, District Judge
Attorney General/Carson City
Carson City District Attorney
State Public Defender/Carson City
Carson City Clerk